JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND; and TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN;<br><br>Plaintiffs,<br><br>v.<br><br>DOUGLAS W. HUGHES, an individual; KEITH A. TYLER, an individual previously known as "Floyd K. Hughes"; and JENNIFER L. IRVIN, an individual;<br><br>Defendants. | Case No. Case No. 5:20-cv-00711-SP<br><br>**JUDGMENT** |

Having reviewed the Stipulation for Entry of Judgment filed jointly by Plaintiffs and Defendants, and for good cause shown, it is hereby **ORDERED, ADJUDGED AND DECREED that**:

1. The Complaint in Interpleader filed by the Trustees of the Southern California IBEW-NECA Defined Contribution Trust Fund and the Trustees of the Southern California IBEW-NECA Pension Plan (collectively "Plaintiffs") seeks to determine the proper beneficiary, or beneficiaries, of the death benefits available to the beneficiaries of Decedent William E. Hughes ("Decedent") from the Southern California

IBEW-NECA Defined Benefit Plan ("DB Plan") and the Southern California IBEW-NECA Defined Contribution Plan ("DC Plan").

2. Douglas W. Hughes, Keith A. Tyler, and Jennifer L. Irvin (collectively, "Defendants") have each claimed to be a proper beneficiary of the death benefits available to the beneficiaries of Decedent, and are the only named defendants that have pending claims for the funds which are the subject of the Complaint.

3. Plaintiffs' Complaint states a proper and adequate case in interpleader.

4. Defendants reached an agreement regarding allocation of the funds in the DC Plan and the DB Plan. Specifically, Defendants agreed that: (A) fifty percent (50%) of the funds held in the DC Plan and DB Plan will be allocated to Douglas W. Hughes, (B) fifty percent (50%) of the funds held in the DC Plan and DB Plan will be allocated to Keith A. Tyler, and (C) zero percent (0%) of the funds held in the DC Plan and DB Plan will be allocated to Jennifer L. Irvin.

5. Plaintiffs have claimed a right to certain attorneys' fees and costs. Plaintiffs are hereby awarded $15,000.00 in full satisfaction of the attorneys' fees and costs incurred by the Plaintiffs in the above entitled action. This amount shall be funded first from the entire balance of $2,448.44 held by the Plaintiffs in the DB Plan, and the remaining $12,551.56 will be funded from the funds held by the Plaintiffs in the DC Plan.

6. After distributing the entire $2,448.44 held in the DB Plan to the Plaintiffs for attorneys' fees and costs, there will remain $0.00 in the DB Plan, and no Defendant will be allocated any funds from the DB Plan.

7. After distributing $12,551.56 from the DC Plan to Plaintiffs for attorneys' fees and costs, Plaintiffs shall allocate fifty percent (50%) of the remaining funds held in the DC Plan to Douglas W. Hughes, and the other fifty percent (50%) of the remaining funds held in the DC Plan to Keith A. Tyler.

8. Plaintiffs shall distribute the funds held in the DC Plan and allocated to Douglas W. Hughes and to Keith A. Tyler pursuant to the terms of the plan document governing the DC Plan.

1      9.    Jennifer L. Irvin shall not receive or be allocated any of the funds held in the DC Plan.

     10.    Upon allocation of the funds held in the DC Plan to Douglas W. Hughes and Keith A. Tyler, Plaintiffs shall be released, acquitted and discharged from all claim or liability to any of the Defendants, save and except that Plaintiffs shall be obligated to distribute the amounts allocated to Douglas W. Hughes and to Keith A. Tyler pursuant to the terms of the plan document governing the DC Plan.



Date: September 1, 2020

SHERI PYM
UNITED STATES MAGISTRATE JUDGE